STATE OF CONNECTICUT *v.* SCOTT C.

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 26 (AC 29920), is denied.

*David T. Grudberg*, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided June 15, 2010